**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: B.E., A MINOR | : | No. 354 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: I.E., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.